427 A.2d 1202

Leco Vending Co., Inc. v. Sullivan, etc., Appellant.

Argued March 22, 1979.  Robert T. Seiwell, for appellant;  Rodger L. Mutzel, for appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Decision and order of the court below affirmed on the opinion of Judge Jerome.

CERCONE, P. J., concurred in the result.

427 A.2d 1203

Walker v. Walker, Appellant.

Argued November 13, 1979.  James Shilliday, for appellant;  Robert Raphael, for appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

The order of this Court dated January 11, 1980, remanding this case to the lower court for a more comprehensive opinion, is vacated.